Timothy E. Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant,
Christian Crowley

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CRS 07-213 LKK |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING DISPOSITIONAL HEARING |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHRISTIAN CROWLEY, ) | |
| ) | |
| Defendant. ) | |

This matter is presently set for a dispositional hearing re TSR violation to be held on January 18, 2012 at 9:15 a.m. Defense counsel is in trial in a murder case, has not received the dispositional memorandum, and requests additional time to prepare for the hearing. Therefore, it is hereby stipulated by the parties that the date for the dispositional hearing be continued to **February 22, 2012 at 9:15 a.m.**

    DATED: January 13, 2012      /s/ Timothy E. Warriner, Attorney for
                                                         Christian Crowley

    DATED: January 13, 2012      /s/ Michael Beckwith, Assistant U.S.
                                                         Attorney for the Government

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that the dispositional hearing set for January 18, 2012 be continued to February 22, 2012 at 9:15 a.m.

DATED: January 17, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT